No. 96–7174. HOLLAND v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7176. BASCUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7177. DUCKETT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–7178. EVANS v. MCBRIDE ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7179. MEEKS v. UNITED STATES;
No. 96–7223. BEST v. UNITED STATES;
No. 96–7226. BAUER v. UNITED STATES; and
No. 96–7303. TREIBER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 84 F. 3d 1549.

No. 96–7182. OLIVER v. WOOD, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 96–7183. BATES v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–7184. FISCHER v. UNITED CAPITAL CORP. C. A. 2d Cir. Certiorari denied.

No. 96–7187. IBANEZ-FARIAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7188. MCHENRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7189. ELDER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7191. KARIM-PANAHI v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 96–7192. KHARRAT v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 96–7193. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.